# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Paul Satterfield,                          :
                        Petitioner         :
                                           :
            v.                             :            No. 351 M.D. 2018
                                           :
Pennsylvania Department of                 :
Corrections and John E. Wetzel,            :
                        Respondents        :


**PER CURIAM**                    **O R D E R**

NOW, May 22, 2020, Petitioner requests this Court to reconsider the matter *de novo* as he believes the Court did not receive or consider his brief. Because this Court received and considered Petitioner's brief before filing its opinion, the application for reconsideration is denied.